IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BRUCE LYNN COLLINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. CIV-22-843-R |
| | ) |
| GREG WILLIAMS, et al., | ) |
| | ) |
| Defendants. | ) |

### ORDER

This matter is before the Court for review of the Report and Recommendation entered by United States Magistrate Judge Suzanne Mitchell on October 25, 2022, which recommended that this action be dismissed without prejudice for failure to pay the full filing fee or apply for leave to proceed *in forma pauperis*. (Doc. No. 6). The Court's records indicate that the Report and Recommendation was mailed to Plaintiff on the day it was entered, but that it was returned as undeliverable on November 7, 2022. The Court is unable to ascertain Plaintiff's location as he has not provided notice of a change in address, and he no longer appears to be in state custody according to an Oklahoma Department of Corrections Offender Search. The Court is not responsible for tracking his whereabouts.

In short, Plaintiff did not comply with the Court's order to pay the filing fee or submit an *in forma pauperis* application, and no objection to the Report and Recommendation has been filed. Therefore, the Report and Recommendation (Doc. No. 6) is ADOPTED in its entirety, and this case is DISMISSED without prejudice.

IT IS SO ORDERED this 17th day of November 2022.

                                                                     _____
                                                                     DAVID L. RUSSELL
                                                                     UNITED STATES DISTRICT JUDGE